Form G-3 (20230922)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION DIVISION**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 29 2023

Y P. ALLSTEADT, CLERK
INTAKE 3

| | | |
|---|---|---|
| In re: Ruth A Edwards | ) | Chapter 7 |
| | ) | |
| | ) | No. 23-08190 |
| | ) | |
| Debtor(s) | ) | Judge David D. Cleary |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on October 11, 2023, at 10 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 648 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 or electronically as described below, and present the motion of Ruth Ann Edwards [to/for] Motion To Dismiss, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    By: Ruth Ann Edwards

> Pro Se Ruth Ann Edwards, would like to apologize for not following the guidelines and procedures due to not quite understanding the process. I truly apologize because when i previous file over 25 years with an attorney, i was told not list property i was keeping.

September 29, 2023

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
Eastern Division

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 29 2023
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Ruth Ann Edwards

Chapter 7

Debtor(s)

No. 23-08190

Judge David D. Cleary

~~ORDER GRANTING~~ RAE Motion To Dismiss Chapter 7 Bankruptcy

Pro se Ruth Ann Edwards, Case No. 23-08190, is writing to apologize for not including my property where I live at 7633 S Seeley Chicago, IL 60620 and the 2012 Lincoln. I previously filed Chapter 7 over 25 years and was told by an attorney I didn't have to include property I was going to keep. I guess I didn't quit understand to process. I am truly sorry for the inconvenience I have cause to court system. I been maintaining and paying all my bills on time, but was drowning in debt and was starting to feel overwhelmed. I decided the best thing to do now is to make payment arrangements with my creditors.

I would also like to apologize for failing to disclose my nonprofit organization (A.L.I.C.E) Always Loving In Caring Everyone and Rising Stars Girls Mentoring program is part of (A.L.I.C.E) organization, because I have not earned any money to pay myself. Because my main source of income in my pension, I thought that's what I was supposed to go by. The PPP loan I received, I helped provide services to the homeless abused women/children and underserved families in the community.

Again, I truly apologize, and I am requesting a motion to dismiss the Chapter 7 Bankruptcy Case No. 23-08190.

Sincerely,
Ruth Ann Edwards
Ruth Ann Edwards

## CERTIFICATE OF SERVICE

I, Ruth Ann Edwards, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 28, 2023, at 12:15 PM.

*Ruth Ann Edwards*
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-08190<br>Northern District of Illinois<br>Eastern Division<br>Fri Sep 29 13:02:09 CDT 2023 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American Express<br>PO Box 6031<br>Carol Stream IL 60197-6031 | Best Buy Credit Services<br>Po Box 78009<br>Phoenix, AZ 85062-8009 |
| Bloomingdale's American Express<br>Po Box 9001108<br>Louisville, KY 40290-1108 | Capital One<br>POB 30285<br>Salt Lake City UT 84130-0285 | Capital One<br>Payment Processing<br>6125 Lakeview Rd Suite 800<br>Charlotte, NC 28269-2605 |
| Capital One Onion Plus<br>PO Box 4069<br>Carol Stream IL<br>Carol Stream IL 60197-4069 | Credit One Bank<br>Po Box 60500<br>City of Industry, CA 91716-0500 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Enterprise<br>Po Box 801988<br>Kansas City, MO 64180-1988 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Finger Hut<br>Po Box 70792<br>Philadelphia, PA 19176-0792 |
| Lowe's/Synchrony Bank<br>Po Box 669807<br>Dallas, TX 75266-0759 | Markoff Law LLC<br>29 N. Wacker Dr. #1010<br>Chicago, IL 60606-3203 | National Louis University<br>Student Finance Office<br>1000 Capital Drive<br>Wheeling, Illinois 60090-7201 |
| (p)NATIONWIDE CREDIT AND COLLECTION INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | Nordstrom<br>PO Box 100135<br>Columbia SC 29202-3135 | One Main Financial<br>6618 S Pulaski Rd.<br>Chicago, Illinois 60629-5138 |
| One Main Financial<br>6618 S. Pulaski Rd<br>Chicago IL 60629-5139<br>Chicago IL 60629-5138 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Photo Enforcement Program<br>Po Box 2525<br>Decatur, IL 62525-1866 |
| Sam Club Synchrony Bank<br>Po Box 530942<br>Atlanta, GA 30353-0942 | Santander Consumer USA<br>Po Box 660633<br>Dallas, TX 75266-0633 | Trugreen Processing Center<br>Po Box 9001128<br>Louisville, KY 40290-1128 |
| UI Health<br>Po Box 776905<br>Chicago, IL 60677-6905 | UIC Pathology<br>2723 Solution Center<br>Chicago, IL 60677-0001 | Ariane Holtschlag, trustee<br>FactorLaw<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602-4602 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Ruth Ann Edwards
7622 S Seeley Ave
Chicago, IL 60620-5745

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

FNBO
PO Box 2557
Omaha NE 68103-2557
Omaha NE 68103-2557

Nationwide Credit & Collection
c/o Evergreen Bank Group
Po Box 3219
Oakbrook, IL 60522-3219

(d)Nationwide Credit Collection
Po Box 3219
Oak Brook, IL 60522-3219

Peoples Gas Light & Coke Company
200 E Randolph Street
Chicago IL 60601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens Bank, N.A.

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

End of Label Matrix
Mailable recipients    31
Bypassed recipients    2
Total                  33